CHARLES PATTON, PLAINTIFF-PETITIONER, v. THE
TEXAS COMPANY, DEFENDANT-RESPONDENT.

See same case below: 13 *N. J. Super.* 42.

*Messrs. Budd & Larner,* for the petitioner.

*Mr. Joseph Coult* and *Mr. Joseph Coult, Jr.,* for the
respondent.

June 25, 1951. Denied.

THE CENTRAL RAILROAD COMPANY OF NEW JERSEY,
PETITIONER, v. DIVISION OF TAX APPEALS, ET AL.,
RESPONDENTS.

*Messrs. Carpenter, Gilmour & Dwyer,* for the petitioner.

*Mr. Theodore D. Parsons,* Attorney-General, and *Mr.
Benjamin C. Van Tine,* for the respondents.

June 25, 1951. Granted.